IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CARLTON G. JOYNER, #85430,
    Plaintiff,

vs.                                    CASE NO. 4:07cv267-SPM/WCS

JOHN C. KENNY, et al.,
    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court on the magistrate judge's report and recommendation dated September 11, 2007 (doc. 8). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 8) is ADOPTED and incorporated by reference in this order.

2.    This case is dismissed without prejudice.

DONE AND ORDERED this 23rd day of October, 2007.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge